**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**CASE NO. 4:10CR00176 BSM**

**JOHNNY DODD**                                                                                            **DEFENDANT**

## AMENDED JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order [Doc. No. 31] entered on February 8, 2012, is hereby amended to add the following condition of supervision:

The defendant shall submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, by any probation officer with reasonable suspicion concerning a violation of a condition of probation within the lawful discharge of the officer's supervision functions pursuant to 18 U.S.C. § 3583(d).

All other conditions contained in the original Judgment and Commitment Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 16th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE